*November 7, 1928.*

POPOFF, Appellant, vs. BAKER, imp., Respondent.

For the appellant: *Adams & Clementson* of Beloit and *Bertram H. Montgomery* of Chicago, Illinois.

For the respondent: *George A. Garrigan* and *Roscoe Grimm,* both of Beloit.

*By the Court.*—Judgment affirmed.


TEGEN, Appellant, vs. WILEY, Respondent.

For the appellant: *L. J. Fellenz* of Fond du Lac.

For the respondent: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.


SARDINA and wife, Appellants, vs. AMERICAN RAILWAY EXPRESS COMPANY and another, Respondents.

For the appellants: *I. B. Padway* of Milwaukee.

For the respondents: *Miller, Mack & Fairchild* of Milwaukee.

*By the Court.*—Judgment affirmed.